

## CERTIFICATE OF SERVICE

CIVIL ACTION NO. 09-2957

This will certify that on October 26, 2010, I served a copy of the "Response to Brief Regarding More Definitive Statement" deemed "Amended Complaint" by the court on counsel for each defendant by sending copies via first-class mail to:

Mr. Malcolm Gross, 33 South Seventh Street, Allentown, PA, 18105,

And

Mr. Samuel Cohen, 33 South Seventh Street, Allentown, PA, 18105

*[signature]*

Ketan Desai

October 26, 2010

FILED
NOV 03 2010
MICHAEL __ Clerk
By __ Dep. Clerk