IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KETAN DESAI, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER CLARK and | : | No. 09-2957 |
| RS INVESTMENTS, | : | |
|     Defendants. | : | |

**O R D E R**

**AND NOW**, this 7th day of April, 2011, following a hearing held this date at which plaintiff appearing *pro se* and counsel for defendants were heard, it appearing that the court does not have personal jurisdiction over defendants and with the consent of the parties, it is **ORDERED** that this case is transferred **FORTHWITH** to the Northern District of California[1], where it could have been brought, pursuant to 28 U.S.C. § 1406(a). The Clerk of Court is directed to transmit immediately a copy of this Order, together with the file in this action to the Clerk of Court for the Northern District of California.

/s/ Norma L. Shapiro

J.

---

[1] The court takes judicial notice that the headquarters of RS Investments is located in San Francisco.