**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   KETAN DESAI,                           No. C-11-01809 (DMR)

12            Plaintiff(s),                 **ORDER RESETTING INITIAL CASE
                                            MANAGEMENT CONFERENCE AND**
13        v.                                **MOTION TO DISMISS**

14   CHRISTOPHER CLARK,

15            Defendant(s).
     _____/
16

17        This case was filed in the Eastern District of Pennsylvania and has been transferred to the

18   Northern District of California.  The Court is aware that a motion to dismiss pursuant to FRCP

19   12(b)(6) was pending prior to the transfer.

20        The initial case management conference set for July 20, 2011 is VACATED and

21   RESCHEDULED to **July 28, 2011 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301

22   Clay Street, Oakland, California 94612.  The Joint Case Management Statement is due no later than

23   **July 21, 2011.**

24        Any motion to dismiss shall also be set for **July 28, 2011 at 11:00 a.m.**  Defendant shall file

25   its motion to dismiss no later than **June 16, 2011**.  Any opposition to the motion to dismiss shall be

26   filed no later than **June 30, 2011**. Any reply shall be filed no later than **July 7, 2011.**  All other dates

27   set in the Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 30)

28   shall remain in effect.

IT IS SO ORDERED.

Dated:  May 16, 2011

_____
DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California