**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11   KETAN DESAI,                              No. C-11-01809-DMR

12            Plaintiff,                       **ORDER**

13        v.

14   CHRISTOPHER CLARK *et al.*,

15            Defendants.
     _____/
16

17        The Court received an improper ex parte email communication from Plaintiff stating his

18   intent to file supplemental material in Defendant's now fully briefed motion to dismiss.

19   Supplementary material generally may not be filed without prior court approval.  See N.D. Cal. Civ.

20   R. 7-3(d).  Plaintiff may not file supplementary material in this motion.  Plaintiff is also ordered to

21   refrain from improper ex parte email communication with the Court.

22

23        IT IS SO ORDERED.

24

25   Dated:  July 14, 2011

26                                             _____
27                                             DONNA M. RYU
                                               United States Magistrate Judge
28

