**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KETAN DESAI,

          Plaintiff,

     v.

CHRISTOPHER CLARK, *et al.*,

          Defendants.

_____/

No. C-11-01809  (DMR)

**ORDER GRANTING REQUEST FOR PHONE CONFERENCE**

     IT IS HEREBY ORDERED that Plaintiff shall participate in scheduled hearing on **July 28, 2011 at 11:00 a.m.** via telephone.  Plaintiff shall call the Court's call-in number five minutes prior to the scheduled start time.  **Two days prior to the scheduled telephonic conference, Plaintiff shall contact Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, to obtain the Court's call-in number for the telephonic conference.**

     IT IS SO ORDERED.

Dated:  July 25, 2011

_____
DONNA M. RYU
United States Magistrate Judge